UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

December 13, 2022

**LETTER OPINION**

      Re:  <u>Hines v. Mayor and City Council of Baltimore</u>
           Civil Case No. SAG-22-1243

Dear Plaintiff and Counsel:

      This employment discrimination case has become mired in a procedural predicament. For the second time, self-represented Plaintiff Roberta L. Hines seeks leave to amend her complaint in response to a motion to dismiss filed by Defendant Mayor and City Council of Baltimore ("the City"). ECF 28, 30. Those motions have been fully briefed, ECF 31, 39, and no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2021). For the reasons stated herein, Plaintiff's motion for leave to amend her complaint will be granted once more and Defendant's motion to dismiss will be denied as moot.

      Because Plaintiff is a self-represented litigant, she has used this Court's model complaint form for self-represented plaintiffs. That form is not conducive to preparation of the red-lined version presently required by this Court's Local Rules. Thus, this Court does not have the benefit of a precise explanation of the differences between Plaintiff's Amended Complaint and her proposed Second Amended Complaint. This Court does note that the Proposed Second Amended Complaint attaches a large number of exhibits now docketed with the Court. ECF 30-3, ECF 32, ECF 33.

      Given the policy that this Court should freely grant leave to amend when justice so requires, and given Plaintiff's attaching myriad exhibits, presumably to clarify the factual bases for her alleged claims, this Court will allow her amendment. Because this pattern of motion-and-amendment cannot continue in perpetuity, this will be the final time that leave to amend the complaint is granted in this case, absent a showing of good cause for any further attempted amendment.

      Once again, then, the City's motion to dismiss the first amended complaint will be denied as moot. The City is free to reincorporate its arguments into any motion to dismiss the Second Amended Complaint. While not prejudging the merits of any such motion, however, this Court notes that it appears that the City has attached exhibits to its motion to dismiss in an attempt to dispute Plaintiff's version of the facts. That type of inquiry is generally impermissible at the motion to dismiss stage, where this Court must accept all facts alleged by the Plaintiff as

<u>Hines v. Mayor and City Council of Baltimore</u>
Civil Case No. SAG-22-1243
December 13, 2022
Page | 2

true. Any evidence contradicting Plaintiff's factual assertions will not be properly considered until the summary judgment phase of the case.

For the foregoing reasons, Plaintiff's Motion for Leave to File Second Amended Complaint, ECF 30, is granted and Plaintiff's proposed Second Amended Complaint, along with its exhibits, should be docketed. The City's motion to dismiss, ECF 28, is denied as moot. A separate order follows.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge